**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00046-CV**
_____

**AMBER RENAE STEVENS, Appellant**

**V.**

**OLIVER FIELDON STEVENS JR., Appellee**

_____

**On Appeal from the 418th District Court**
**Montgomery County, Texas**
**Trial Cause No. 21-03-03144-CV**

_____

**MEMORANDUM OPINION**

Amber Renae Stevens, appellant, filed a motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on May 25, 2022
Opinion Delivered May 26, 2022
Before Golemon, C.J., Kreger and Horton, JJ.

1
